RONALD LEE MEDLEY, APPELLANT, v. STATE
OF NEVADA, RESPONDENT.

No. 6336

March 26, 1971                               482 P.2d 322

*Robert G. Legakes,* Public Defender, *Jeffrey D. Sobel* and *Thomas D. Beatty,* Deputy Public Defenders, Clark County, for Appellant.

*Robert List,* Attorney General, *Roy A. Woofter,* District Attorney, *Donald K. Wadsworth* and *Charles L. Garner,* Deputy District Attorneys, Clark County, for Respondent.

## OPINION

*Per Curiam:*

A jury convicted Medley of robbery. His appeal does not point to errors of consequence. Indeed, two of the assignments

of error concern matters to which objection was not made at trial, and the other claims of error, if error at all, cannot reasonably be deemed to have affected substantial rights. NRS 178.598.

Affirmed.